UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| LARRY PAUL ARNDT, JR., | : |
| Plaintiff, | : |
| v. | : No. 5:16-cv-00339 |
| SLATINGTON BOROUGH;<br>POLICE OFFICER WILLIAM BORST;<br>SERGEANT DAVID ALERCIA; and<br>DETECTIVE TIMOTHY WAGNER, | : |
| Defendants. | : |

_____

**O R D E R**

**AND NOW**, this 21st day of February, 2017, upon consideration of Defendants' Motion for Summary Judgment, ECF No. 23, and for the reasons set forth in the accompanying Opinion issued this date, it is **ORDERED** that Defendants' Motion, ECF No. 23, is **GRANTED** as to Plaintiff's failure to train claims and **DENIED** in all other respects.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge